UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LEROY a/k/a DEREK LEROY McSMITH        CIVIL ACTION

VERSUS        NUMBER: 06-11379

UNITED STATES MARSHAL'S SERVICE,        SECTION: "C"(5)
ET AL.

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's claims against defendants, the United States and the U.S. Department of Labor, are dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 28 day of November, 2007.

UNITED STATES DISTRICT JUDGE