UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LEROY a/k/a DEREK LEROY McSMITH　　　　　CIVIL ACTION

VERSUS　　　　　　　　　　　　　　　　　　　NUMBER: 06-11379

UNITED STATES MARSHAL'S SERVICE, ET AL.　　SECTION: "C"(5)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed with prejudice.

New Orleans, Louisiana, this 2 day of June, 2008.

UNITED STATES DISTRICT JUDGE